IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02603-BNB

CLIFFORD N. WOODS,

    Applicant,

v.

LARRY REID, WARDEN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER

---

On February 26, 2010, Applicant filed a Reply to Respondents' Pre-Answer. In the Reply and also on Page Three of the application form, Applicant asserts an inordinate and inexcusable delay for excusing the requirement that he exhaust his state court remedies. Respondents are directed to file a Supplemental Pre-Answer Response addressing Applicant's inordinate and inexcusable delay argument as it applies to Claim One. Accordingly, it is

ORDERED that **by April 2, 2010,** Respondents shall file a Supplemental Pre-Answer Response as instructed above. It is

FURTHER ORDERED that Applicant shall have until **April 17, 2010,** to file a Supplemental Reply if he desires.

DATED March 18, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02603-BNB

Clifford N. Woods
Prisoner No. 81438
CMC-FMCC
P.O. Box 300
Cañon City, CO 81215-0300

John J. Fuerst III
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/8/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk