IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02603-ZLW

CLIFFORD N. WOODS,

    Applicant,

v.

LARRY REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Motion for Prospective Relief (Doc. No. 23) filed by Applicant on September 14, 2011. This case was dismissed by an order and judgment filed on May 26, 2010. Therefore, the Plaintiff's motion is DENIED as inappropriate.

Dated: September 16, 2011